IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DAVID A. BROWN**,

    Plaintiff,

 v.

**MICHAEL J. ASTRUE**, Commissioner of Social Security,

    Defendant.

_____

Civil Case No. 09-585-HU

O R D E R

 Tim Wilborn
 Wilborn Law Office, P. C.
 P. O. Box 2768
 Oregon City, Oregon  97045

   Attorney for Plaintiff

 Dwight C. Holton
 United States Attorney
 District of Oregon

Page 1 - ORDER

      Adrian L. Brown
      Assistant United States Attorney
      1000 SW Third Avenue, Suite 600
      Portland, Oregon  97204-2902

        Attorneys for Defendant

KING, Judge:

        The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on August 25, 2010.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

        Accordingly, I ADOPT  Magistrate Judge Hubel's Findings and Recommendation dated August 25, 2010 (#19) in its entirety.

        IT IS HEREBY ORDERED that the Commissioner's decision is REVERSED and REMANDED for further proceedings.  Judgment will be entered.

        DATED this   20th   day of September, 2010.


                      /s/ Garr M. King
                        GARR M. KING
                      United States District Judge